# Attachment 1

Case No. 16-cr-129

Signed Statement of Offense

FILED

AUG 25 2016

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | 16cr129 TSC |
| v. | : | |
| | : | |
| BAYO BAKRE, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Bayo Bakre, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty: one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Leading up to February 24, 2016, Detective Timothy Palchak, the undersigned detective, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. Acting as an undercover task force officer ("UC"), the undersigned had posted an online advertisement in a predicated area of the online website for classified advertisements, which, based the UC's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children, incest and other fetishes. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo" and "perv."

On February 22, 2016, an individual with profile name "brad pitt," subsequently identified as Bayo Babajide Bakare ("Bakare" or "defendant"), answered the UC's advertisement, stating, "Hey what are you into? I like YOUNGER hbu? My KIK is braddpitt767."[1] The UC responded via the messaging application "KIK" and began an on-line conversation with the defendant.

The defendant stated that his name was "Greg" and that he was a 34 year-old black male from Suitland, Maryland. The defendant asked the UC if he had kids. The UC informed the defendant that he has 9 year-old girl. The defendant responded, "Awesome! I have a god daughter whom I'm supposed to see today." The defendant and the UC continued with the following KIK conversation:

| | |
|---|---|
| BAKARE: | Have you ever been with your daughter? |
| UC: | Mmmmm, how old? Any play? |
| UC: | Yes active here, but not fully |
| BAKARE: | 7 and yes |
| BAKARE: | I have not penetrated her yet |
| UC: | Nice, me either mostly licking, sucking, fingering and me cumming on her |
| BAKARE: | Same here. Do you have a picture of her? |
| UC: | Yeah, what about you? Any naughty ones? ASL? |
| BAKARE: | I had a video of her on my other phone but it broke. I have a little over 1000 photos and almost 100 videos though. |

The defendant sent the UC an image via KIK depicting a prepubescent female child sucking an adult penis. The UC sent an image of his purported daughter to the defendant; the

---

[1] All text abbreviations and typographical errors in quoted text and messaging language are original.

image did not depict a real child. The defendant and the UC continued with the following conversation:

| | |
|---|---|
| UC: | That was a hot one what is the youngest hardcore you have |
| UC: | Yours live with you |
| BAKARE: | Let me see |
| BAKARE: | No she lives with her mom |
| UC: | Damn is she close? Shared custody? |
| BAKARE: | She's in DC and I'm waiting for her to call me so I can pick her up |

The defendant then sent the UC the following via KIK messenger:

- A video depicting a prepubescent female child bent over forward and inserting in her own finger into her anus.

- An image depicting a prepubescent female child who was naked inserting her finger into her vagina, with an erect adult penis resting near her anus.

- A video depicting a prepubescent female child sucking an adult male penis and then later being anally penetrated with the penis of the same male.

- A video depicting a young prepubescent female child being penetrated in the anus by an adult penis.

The defendant and the UC continued with the following KIK conversation:

| | |
|---|---|
| BAKARE: | I wonder how so many of the guys in the videos are able to penetrate such small cooch |
| UC: | Lots of lube |
| UC: | Where do u cum on your god daughter |
| BAKARE: | The first time I came on her stomach |
| UC: | Damn I wish u still had the vid of her |
| BAKARE: | As I was wiping her off she pointed to some jizz dripping towards her back and said you missed a spot with a smile! |

| | |
|---|---|
| UC: | Mmmmmmm |
| UC: | Good girl |
| BAKARE: | Me too I recorded that first encounter but didn't after that |
| UC: | Mmmm |
| BAKARE: | I flipped her over and lubed my cock and her inner thighs and between her little ass and humped her until I came all over her back. I've never came so hard in my life! |
| UC: | mmmmmm I know that feeling man so fucking hot |
| UC: | I'm going to cum so hard Wed |
| BAKARE: | I wish I could watch |
| UC: | I think that would be hot as hell |
| BAKARE: | yeah it would |
| UC: | I love watching her suck on a dildo while I eat her pussy |
| UC: | Damn that turns me on |
| BAKARE: | Mmm that sounds so hot |
| BAKARE: | Man I'm so horny now |

The defendant and the UC then began discussing via KIK the defendant's availability to travel to the District of Columbia to meet the UC and his purported daughter for the purpose of the defendant engaging in sexual acts with the child. The two agreed that the defendant would travel to D.C. and meet the UC at a bar by the UC's purported apartment. The UC provided the defendant his cellular phone number and the defendant agreed to text the UC.

During the course of the chat the defendant also sent the UC two "dropbox" links via KIK. Dropbox is a form of digital storage in which a user can set up an online account to hold and share with others via an internet link large volumes of media. The defendant sent the first

dropbox link on February 22, 2016. This file was titled, "young sluts" and contained 23 videos depicting mostly prepubescent female children being sexually abused by adult men orally, vaginally, and anally. Some of the videos depicted prepubescent children posing suggestively or masturbating.

On February 23, 2016, the defendant sent the UC another dropbox link via KIK titled, "girls." This file contained 43 videos depicting girls ranging in age from prepubescent to teens engaged in masturbation and oral sex. Some of the minor female children were posing in sexual positions. The defendant and the UC continued with their messaging conversation:

| | |
|---|---|
| UC: | Just let me know what u want to see /do |
| BAKARE: | Oral if she's up to it and you're ok with. I won't ask for anything I haven't done with mine. You said you never penetrated her right? |
| UC: | No all oral stuff, yes that's totally cool, you can cum where ever u want on her |
| UC: | Be hot to see her suck a strange cock |
| BAKARE: | Even if I'm only watching |
| UC: | Whatever you want to do is cool except fuck |
| BAKARE: | Awesome |
| BAKARE: | Have another picture of her? |
| UC: | Yes |

The defendant and the UC continued their conversation, at which time the defendant indicated, "I'm honestly kind of nervous about tomorrow. You're not law enforcement are you?" The UC indicated he was not. The defendant stated, "Cool. It just seems too good to be true lol I've been getting raging hard ons all day just thinking about it." The defendant then continued

the discussion about the timing of his meeting with UC and indicated he would travel to DC the following day after 7 pm.

On February 24, the defendant stated via KIK that he was still interested in meeting the UC and his purported daughter. Members of the FBI Exploitation Task Force issued an administrative subpoena to obtain subscriber information for the cell phone number 202 409-4185, from which the defendant texted the UC. The results of that subpoena revealed the cell number resolves back to Bayo, Babajide, Bakare with an address of 1704 Thomas Road, Fort Washington MD 20744.

Over the course of the day on February 24, 2016, the defendant continued to exchange KIK messages with the UC. The defendant requested a "live pic" of the UC's daughter a number of times. The UC sent the defendant an image of his purported daughter with a note stating the defendant's name. The image did not portray a real child. The defendant stated again that he was "nervous." The UC told the defendant that if he was not interested, it was "cool." The defendant responded, "I'm EXTREMELY interested."

Later that evening, the defendant sent the UC a message indicating he was "close by." Shortly after 9:00 pm, the defendant arrived at the pre-arranged meeting location, a bar in Northwest, D.C. The defendant sent the UC a KIK message stating, "I'm here" "I'm outside." The defendant asked the UC, who was seated inside the bar, to come outside to meet him. The UC stepped outside to meet the defendant. Once outside, the defendant approached the UC, shook hands with him and hugged him. The UC stated, "what's up, Gregg?" The defendant and the UC discussed how nervous they both were. The UC asked the defendant if he wanted a drink inside, to which the defendant responded, "no" and indicated he was going to get his cigarettes. The UC then gave the arrest signal and the defendant was arrested.

The defendant waived his <u>Miranda</u> rights and was interviewed by FBI agents. Among other things, the defendant stated that he lives in Maryland at the address above. He further stated that he had gone to work that day at the Convention Center in Washington, D.C. before meeting the UC, whom he denied he had ever seen. The defendant the stated that he had gone to "bum" a cigarette from the UC. When asked about the cigarettes that were on his person at arrest, the defendant stated he forgot he had them on him. FBI agents asked the defendant about his chat with the UC and his statements about having sex with children. The defendant acknowledged exchanging the messages, but stated that the description of his sexual encounters with children was "made up." The defendant also stated that he got his child pornography of from a particular internet website known to law enforcement to be frequented by individuals who traffic in child pornography and that the "dropbox" links came from an individual with whom the defendant communicated on KIK.

The defendant had a cellular phone on his person at arrest, which was forensically examined by a computer forensic examiner at the United States Attorney's Office. The messages exchanged with the UC described herein were forensically recovered from the cellular phone. Forensic examination of the defendant's phone also revealed that the defendant had searched advertisements on the website on which the UC's advertisement was posted for search terms such as "perv," "taboo," "little girl," and "little boy."

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

_____
Andrea L. Hertzfeld
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

      I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/25/16

_____
Bayo Bakare
Defendant


ATTORNEY'S ACKNOWLEDGMENT

      I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/25/16

_____
Dani Jahn
Attorney for Defendant